DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

JUN11'10AM10:33 USBCEW

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:
Baker, Terrence R

Case No. 06-03111-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $59.18, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 16 | HANFORD COLLECTORS<br>PO BOX 1412<br>RICHLAND, WA  993521412 | $59.18 |

Dated: June 02, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874529       6-11-10       $59.19